IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-349-BO

| | |
|---|---|
| JERRY PELLEGRIN, Guardian Ad Litem for MARK PELLEGRIN, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY, <br><br> Defendant. | ORDER |

This matter is before the Court on remand from the Fourth Circuit Court of Appeals. In light of the law of the case established in the Fourth Circuit's opinion, the contingency fee requested by Plaintiff's counsel is allowed. Therefore, Plaintiff's and Defendant's joint Motion for Approval of Settlement is hereby GRANTED.

SO ORDERED, this __16__ day of July, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE