UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-cv-349-BO

| | |
|---|---|
| Jerry Pellegrin, Mark Pellegrin,<br>    Plaintiffs,<br><br>v.<br><br>National Union Fire Insurance Company<br>of Pittsburgh, Pennsylvania, Abrams &<br>Abrams, P.A., St. Martin, Williams and<br>Bourque,<br>    Defendants. | **JUDGMENT** |

**Decision by Court.** This action came before the Honorable Terrence W. Boyle, United States District Judge, on REMAND from the Fourth Circuit Court of Appeals.

**IT IS ORDERED, ADJUDGED AND DECREED** that in light of the law of the case established in the Fourth Circuit's opinion, the contingency fee requested by Plaintiff's counsel is allowed. Therefore, Plaintiff's and Defendant's Joint Motion for Approval of Settlement is hereby GRANTED.

**This Judgment Filed and Entered on July 19, 2010, and Copies To:**

Douglas B. Abrams, John Keting Wiles, Joseph B. Cheshire, V, Margaret S. Abrams (via CM/ECF electronic notification)

Gregory G. Holland, James G. Exum, Jr., Leslie Cooper Harrell (via CM/ECF electronic notification)

James P. Cooney, III (via CM/ECF electronic notification)

July 19, 2010          /s/ Dennis P. Iavarone,
                                                         Clerk of Court